**Opinion issued October 2, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00401-CV

————————————

## FORREST KING, Appellant

## V.

## LUCINDA SILVA, Appellee

---

**On Appeal from the 309th Judicial District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-06254**

---

## MEMORANDUM OPINION

Appellant, Forrest King, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013); Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of

Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). After being notified by the Clerk of this Court on June 5, 2014, that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 5, 42.3(c).

Accordingly, we **dismiss** the appeal for nonpayment of all required fees and for want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.